**Return to Paycheck List**

Together we win! Submit quality sales leads: //upse.rs/TakeCharge

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - STEVEN L JONES | 0733 NJLAW PKG 0810 1 | 0733352566 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 0473284 | XXX-XX-2440 | S | S 00 | S 00 | 06/30/2023 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 06/18/2023 | 06/24/2023 | 2,770.18 | 886.44 | 6.72 | 1,877.02 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| -  CURRENT PAY RATE   41.56 | | | | | TAXES | | |
| - REGULAR   41.560 | | 40.00 | | 1,662.40 | FICA | 171.76 | 3,495.70 |
| - OVERTIME 62.340 | | 17.77 | | 1,107.78 | FICA MEDICARE | 40.17 | 817.54 |
| - TOTAL HOURS WORKED | | 57.77 | | | FEDERAL TAX | 513.69 | 9,653.66 |
| - CURRENT TOTALS | | | | 2,770.18 | ST TAX- NJ | 149.30 | 2,793.03 |
| - Y-T-D TOTALS | | | 1,190.18 | 56,382.18 | 2 ST TX DE | 9.86 | 315.27 |
| - | | | | | FLI | 1.66 | 33.81 |
| - | | | | | TOTALS | 886.44 | |
| - | | | | | DEDUCTIONS | | |
| - | | | | | AFTAX FLEX | 4.72 | 122.72 |
| - | | | | | DRIVE | 2.00 | 52.00 |
| - | | | | | TOTALS | 6.72 | |

- AVAILABLE PST  0.00  H    ACCRUED PST  0.00  H
- VAC  0.00  H OPD  0.00  D        OTH  0.00  D

Employee Address
104 PLYMOUTH PLACE
MIDDLETOWN ,DE ,19709

**UNITED PARCEL SERVICE, INC.**
**55 GLENLAKE PARKWAY NE**
**ATLANTA , GA 30328**

 **Return to Paycheck List**

Together we win! Submit quality sales leads: //upse.rs/TakeCharge

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - STEVEN L JONES | 0733 NJLAW PKG 0810 1 | 0733361522 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 0473284 | XXX-XX-2440 | S | S 00 | S 00 | 07/07/2023 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 06/25/2023 | 07/01/2023 | 2,366.63 | 731.83 | 6.72 | 1,628.08 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| - CURRENT PAY RATE | 41.56 | | | | TAXES | | |
| - REGULAR | 41.560 | | 32.00 | 1,329.92 | FICA | 146.73 | 3,642.43 |
| - OVERTIME | 62.340 | | 16.63 | 1,036.71 | FICA MEDICARE | 34.32 | 851.86 |
| - TOTAL HOURS WORKED | | | 48.63 | | FEDERAL TAX | 416.84 | 10,070.50 |
| - CURRENT TOTALS | | | | 2,366.63 | ST TAX- NJ | 121.05 | 2,914.08 |
| - Y-T-D TOTALS | | | | 1,238.81 58,748.81 | 2 ST TX DE | 11.47 | 326.74 |
| - | | | | | FLI | 1.42 | 35.23 |
| - | | | | | TOTALS | 731.83 | |
| - | | | | | DEDUCTIONS | | |
| - | | | | | AFTAX FLEX | 4.72 | 127.44 |
| - | | | | | DRIVE | 2.00 | 54.00 |
| - | | | | | TOTALS | 6.72 | |

-    AVAILABLE PST   0.00   H    ACCRUED PST   0.00   H
- VAC   0.00   H OPD   0.00   D      OTH   0.00   D

| Employee Address | 104 PLYMOUTH PLACE
MIDDLETOWN ,DE ,19709 |
|---|---|

**UNITED PARCEL SERVICE, INC.**
**55 GLENLAKE PARKWAY NE**
**ATLANTA , GA 30328**

 Return to Paycheck List

Together we win! Submit quality sales leads: //upse.rs/TakeCharge

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - STEVEN L JONES | 0733 NJLAW PKG 0810 1 | 0733370488 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 0473284 | XXX-XX-2440 | S | S 00 | S 00 | 07/14/2023 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 07/02/2023 | 07/08/2023 | 1,597.99 | 444.10 | 110.72 | 1,043.17 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| – CURRENT PAY RATE | 41.56 | | | | TAXES | | |
| – REGULAR | 41.560 | | 22.92 | 952.56 | FICA | 99.07 | 3,741.50 |
| – OVERTIME | 62.340 | | 5.02 | 312.95 | FICA MEDICARE | 23.17 | 875.03 |
| – HOLIDAY | 41.560 | | 8.00 | 332.48 | FEDERAL TAX | 239.11 | 10,309.61 |
| – TOTAL HOURS WORKED | | | 27.94 | | ST TAX- NJ | 67.24 | 2,981.32 |
| – CURRENT TOTALS | | | | 1,597.99 | 2 ST TX DE | 14.55 | 341.29 |
| – Y-T-D TOTALS | | | 1,274.75 | 60,346.80 | FLI | 0.96 | 36.19 |
| – | | | | | TOTALS | 444.10 | |
| – | | | | | DEDUCTIONS | | |
| – | | | | | UNIONDUE | 104.00 | 728.00 |
| – | | | | | AFTAX FLEX | 4.72 | 132.16 |
| – | | | | | DRIVE | 2.00 | 56.00 |
| – | | | | | TOTALS | 110.72 | |

– AVAILABLE PST   0.00  H   ACCRUED PST   0.00  H

– VAC   0.00  H OPD   0.00  D        OTH   0.00  D

**Employee Address**
104 PLYMOUTH PLACE
MIDDLETOWN ,DE ,19709

**UNITED PARCEL SERVICE, INC.**
**55 GLENLAKE PARKWAY NE**
**ATLANTA , GA 30328**

1/1

 **Return to Paycheck List**

Together we win! Submit quality sales leads: //upse.rs/TakeCharge

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - STEVEN L JONES | 0733 NJLAW PKG 0810 1 | 0733006564 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 0473284 | XXX-XX-2440 | S | S 00 | S 00 | 07/21/2023 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 07/09/2023 | 07/15/2023 | 2,632.41 | 833.65 | 6.72 | 1,792.04 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| - CURRENT PAY RATE | 41.56 | | | | TAXES | | |
| - REGULAR | 41.560 | | 40.00 | 1,662.40 | FICA | 163.21 | 3,904.71 |
| - OVERTIME | 62.340 | | 15.56 | 970.01 | FICA MEDICARE | 38.17 | 913.20 |
| - TOTAL HOURS WORKED | | | 55.56 | | FEDERAL TAX | 480.62 | 10,790.23 |
| - CURRENT TOTALS | | | | 2,632.41 | ST TAX- NJ | 139.65 | 3,120.97 |
| - Y-T-D TOTALS | | | 1,330.31 | 62,979.21 | 2 ST TX DE | 10.42 | 351.71 |
| - | | | | | FLI | 1.58 | 37.77 |
| - | | | | | TOTALS | 833.65 | |
| - | | | | | DEDUCTIONS | | |
| - | | | | | AFTAX FLEX | 4.72 | 136.88 |
| - | | | | | DRIVE | 2.00 | 58.00 |
| - | | | | | TOTALS | 6.72 | |
| - | AVAILABLE PST | 0.00 | H | ACCRUED PST | 0.00 | H | |
| - VAC 0.00 H OPD 0.00 D | | | OTH 0.00 D | | | | |

Employee Address

104 PLYMOUTH PLACE
MIDDLETOWN ,DE ,19709

**UNITED PARCEL SERVICE, INC.**
**55 GLENLAKE PARKWAY NE**
**ATLANTA , GA 30328**

 Return to Paycheck List

ⓘ Together we win! Submit quality sales leads: //upse.rs/TakeCharge

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - STEVEN L JONES | 0733 NJLAW PKG 0810 1 | 0733016119 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 0473284 | XXX-XX-2440 | S | S 00 | S 00 | 07/28/2023 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 07/16/2023 | 07/22/2023 | 2,551.16 | 802.51 | 6.72 | 1,741.93 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| -       CURRENT PAY RATE   41.56 | | | | | TAXES | | |
| - REGULAR  41.560 | | 32.00 | | 1,329.92 | FICA | 158.17 | 4,062.88 |
| - OVERTIME 62.340 | | 13.59 | | 847.20 | FICA MEDICARE | 36.99 | 950.19 |
| - VACATION 41.560 | | 9.00 | | 374.04 | FEDERAL TAX | 461.12 | 11,251.35 |
| - TOTAL HOURS WORKED | | 45.59 | | | ST TAX- NJ | 133.97 | 3,254.94 |
| - CURRENT TOTALS | | | | 2,551.16 | 2 ST TX DE | 10.73 | 362.44 |
| - Y-T-D TOTALS | | 1,384.90 | | 65,530.37 | FLI | 1.53 | 39.30 |
| - | | | | | TOTALS | 802.51 | |
| - | | | | | DEDUCTIONS | | |
| - | | | | | AFTAX FLEX | 4.72 | 141.60 |
| - | | | | | DRIVE | 2.00 | 60.00 |
| - | | | | | TOTALS | 6.72 | |

- AVAILABLE PST   0.00   H    ACCRUED PST   0.00   H
- VAC   0.00  H OPD  0.00  D        OTH  0.00  D

| Employee Address | 104 PLYMOUTH PLACE<br>MIDDLETOWN ,DE ,19709 |
|---|---|

**UNITED PARCEL SERVICE, INC.**
**55 GLENLAKE PARKWAY NE**
**ATLANTA , GA 30328**

1/1

 Return to Paycheck List

Together we win! Submit quality sales leads: //upse.rs/TakeCharge

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - STEVEN L JONES | 0733 NJLAW PKG 0810 1 | 0733016119 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 0473284 | XXX-XX-2440 | S | S 00 | S 00 | 07/28/2023 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 07/16/2023 | 07/22/2023 | 2,551.16 | 802.51 | 6.72 | 1,741.93 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| — | CURRENT PAY RATE | 41.56 | | | TAXES | | |
| - REGULAR | 41.560 | | 32.00 | 1,329.92 | FICA | 158.17 | 4,062.88 |
| - OVERTIME | 62.340 | | 13.59 | 847.20 | FICA MEDICARE | 36.99 | 950.19 |
| - VACATION | 41.560 | | 9.00 | 374.04 | FEDERAL TAX | 461.12 | 11,251.35 |
| - TOTAL HOURS WORKED | | | 45.59 | | ST TAX- NJ | 133.97 | 3,254.94 |
| - CURRENT TOTALS | | | | 2,551.16 | 2 ST TX DE | 10.73 | 362.44 |
| - Y-T-D TOTALS | | | 1,384.90 | 65,530.37 | FLI | 1.53 | 39.30 |
| - | | | | | TOTALS | 802.51 | |
| - | | | | | DEDUCTIONS | | |
| - | | | | | AFTAX FLEX | 4.72 | 141.60 |
| - | | | | | DRIVE | 2.00 | 60.00 |
| - | | | | | TOTALS | 6.72 | |

```
-               AVAILABLE PST   0.00  H     ACCRUED PST  0.00   H
- VAC  0.00  H OPD  0.00  D              OTH  0.00   D
```

| Employee Address | 104 PLYMOUTH PLACE
MIDDLETOWN ,DE ,19709 |
|---|---|

**UNITED PARCEL SERVICE, INC.**
**55 GLENLAKE PARKWAY NE**
**ATLANTA , GA 30328**

1/1

 **Return to Paycheck List**

Together we win! Submit quality sales leads: //upse.rs/TakeCharge

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - STEVEN L JONES | 0733 NJLAW PKG 0810 1 | 0733024966 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 0473284 | XXX-XX-2440 | S | S 00 | S 00 | 08/04/2023 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 07/23/2023 | 07/29/2023 | 2,286.42 | 701.10 | 6.72 | 1,578.60 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| - CURRENT PAY RATE | 41.56 | | | | TAXES | | |
| - REGULAR | 41.560 | | 40.00 | 1,662.40 | FICA | 141.76 | 4,552.50 |
| - OVERTIME | 62.340 | | 10.01 | 624.02 | FICA MEDICARE | 33.15 | 1,064.70 |
| - TOTAL HOURS WORKED | | | 50.01 | | FEDERAL TAX | 397.59 | 12,545.91 |
| - CURRENT TOTALS | | | | 2,286.42 | ST TAX- NJ | 115.43 | 3,629.27 |
| - Y-T-D TOTALS | | | 1,434.91 | 73,427.39 | 2 ST TX DE | 11.80 | 414.62 |
| - | | | | | FLI | 1.37 | 44.03 |
| - | | | | | TOTALS | 701.10 | |
| - | | | | | DEDUCTIONS | | |
| - | | | | | AFTAX FLEX | 4.72 | 160.48 |
| - | | | | | DRIVE | 2.00 | 68.00 |
| - | | | | | TOTALS | 6.72 | |

- AVAILABLE PST  0.00  H    ACCRUED PST  0.00  H
- VAC  9.00- H OPD  0.00  D         OTH  0.00  D

| Employee Address | 104 PLYMOUTH PLACE
MIDDLETOWN ,DE ,19709 |
|---|---|

**UNITED PARCEL SERVICE, INC.**
**55 GLENLAKE PARKWAY NE**
**ATLANTA , GA 30328**

1/1