Return to Paycheck List

Together we win! Submit quality sales leads: //upse.rs/TakeCharge

| Employee Name | Work Location | Advice No. |
|---|---|---|
| STEVEN L JONES | 0733 NJLAW PKG 0810 1 | 0733343430 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0473284 | XXX-XX-2440 | S | S 00 | S 00 | 06/23/2023 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 06/11/2023 | 06/17/2023 | 2,169.02 | 656.12 | 6.72 | 1,506.18 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |

```
         CURRENT PAY RATE     41.56                    TAXES
REGULAR  41.560        32.00   1,329.92   FICA                134.48    3,323.94
OVERTIME 62.340        13.46     839.10   FICA MEDICARE        31.45      777.37
TOTAL HOURS WORKED     45.46              FEDERAL TAX         369.41    9,139.97
CURRENT TOTALS                 2,169.02   ST TAX- NJ          107.22    2,643.73
Y-T-D TOTALS         1,132.41 53,612.00   2 ST TX DE           12.26      305.41
                                          FLI                   1.30       32.15
                                              TOTALS          656.12
                                                  DEDUCTIONS
                                          AFTAX FLEX            4.72      118.00
                                          DRIVE                 2.00       50.00
                                              TOTALS            6.72
             AVAILABLE PST  0.00  H      ACCRUED PST   0.00   H
VAC   0.00 H OPD  0.00  D          OTH  0.00  D
```

Employee Address
104 PLYMOUTH PLACE
MIDDLETOWN ,DE ,19709

**UNITED PARCEL SERVICE, INC.**
**55 GLENLAKE PARKWAY NE**
**ATLANTA , GA 30328**

Return to Paycheck List

Together we win! Submit quality sales leads: //upse.rs/TakeCharge

| Employee Name | Work Location | Advice No. |
|---|---|---|
| STEVEN L JONES | 0733 NJLAW PKG 0810 1 | 0733033773 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0473284 | XXX-XX-2440 | S | S 00 | S 00 | 08/11/2023 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 07/30/2023 | 08/05/2023 | 2,176.91 | 659.14 | 106.00 | 1,411.77 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 41.56 | | | | TAXES | | |
| REGULAR | 41.560 | | 24.00 | 997.44 | FICA | 134.97 | 4,687.47 |
| OVERTIME | 62.340 | | 6.92 | 431.39 | FICA MEDICARE | 31.56 | 1,096.26 |
| VACATION | 41.560 | | 18.00 | 748.08 | FEDERAL TAX | 371.30 | 12,917.21 |
| TOTAL HOURS WORKED | | | 30.92 | | ST TAX- NJ | 107.77 | 3,737.04 |
| CURRENT TOTALS | | | | 2,176.91 | 2 ST TX DE | 12.23 | 426.85 |
| Y-T-D TOTALS | | | 1,618.83 | 75,604.30 | FLI | 1.31 | 45.34 |
| | | | | | TOTALS | 659.14 | |
| | | | | | DEDUCTIONS | | |
| | | | | | UNIONDUE | 104.00 | 832.00 |
| | | | | | DRIVE | 2.00 | 70.00 |
| | | | | | TOTALS | 106.00 | |

AVAILABLE PST  0.00  H     ACCRUED PST  0.00  H
VAC 144.00- H  OPD  0.00  D          OTH  0.00  D

Employee Address
104 PLYMOUTH PLACE
MIDDLETOWN ,DE ,19709

**UNITED PARCEL SERVICE, INC.**
**55 GLENLAKE PARKWAY NE**
**ATLANTA , GA 30328**

1/1

Return to Paycheck List

Together we win! Submit quality sales leads: //upse.rs/TakeCharge

| Employee Name | Work Location | Advice No. |
|---|---|---|
| STEVEN L JONES | 0733 NJLAW PKG 0810 1 | 0733042552 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0473284 | XXX-XX-2440 | S | S 00 | S 00 | 08/18/2023 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 08/06/2023 | 09/09/2023 | 2,202.68 | 669.01 | 2.00 | 1,531.67 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | N/A | | | | TAXES | | |
| VACATION | 41.560 | | 45.00 | 1,870.20 | FICA | 136.56 | 4,980.58 |
| HOLIDAY | 41.560 | | 8.00 | 332.48 | FICA MEDICARE | 31.94 | 1,164.81 |
| TOTAL HOURS WORKED | | | 0.00 | | FEDERAL TAX | 377.49 | 13,749.54 |
| CURRENT TOTALS | | | | 2,202.68 | ST TAX- NJ | 109.57 | 3,978.74 |
| Y-T-D TOTALS | | | 1,729.00 | 80,331.96 | 2 ST TX DE | 12.13 | 449.83 |
| | | | | | FLI | 1.32 | 48.17 |
| | | | | | TOTALS | 669.01 | |
| | | | | | DEDUCTIONS | | |
| | | | | | DRIVE | 2.00 | 74.00 |
| | | | | | TOTALS | 2.00 | |

AVAILABLE PST  0.00  H     ACCRUED PST  0.00  H
VAC 108.00  H  OPD  0.00  D     OTH  0.00  D

| Employee Address | 104 PLYMOUTH PLACE MIDDLETOWN ,DE ,19709 |
|---|---|

**UNITED PARCEL SERVICE, INC.**
**55 GLENLAKE PARKWAY NE**
**ATLANTA , GA 30328**

Return to Paycheck List

Together we win! Submit quality sales leads: //upse.rs/TakeCharge

| Employee Name | Work Location | Advice No. |
|---|---|---|
| STEVEN L JONES | 0733 NJLAW PKG 0810 1 | 0733051946 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0473284 | XXX-XX-2440 | S | S 00 | S 00 | 08/25/2023 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 08/13/2023 | 08/19/2023 | 791.10 | 172.58 | 2.00 | 616.52 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 41.56 | | | | TAXES | | |
| REGULAR | 41.560 | | 15.21 | 632.13 | FICA | 49.05 | 5,029.63 |
| OVERTIME | 62.340 | | 2.55 | 158.97 | FICA MEDICARE | 11.47 | 1,176.28 |
| TOTAL HOURS WORKED | | | 17.76 | | FEDERAL TAX | 78.59 | 13,828.13 |
| CURRENT TOTALS | | | | 791.10 | ST TAX- NJ | 16.62 | 3,995.36 |
| Y-T-D TOTALS | | | 1,746.76 | 81,123.06 | 2 ST TX DE | 16.38 | 466.21 |
| | | | | | FLI | 0.47 | 48.64 |
| | | | | | TOTALS | 172.58 | |
| | | | | | DEDUCTIONS | | |
| | | | | | DRIVE | 2.00 | 76.00 |
| | | | | | TOTALS | 2.00 | |

AVAILABLE PST  0.00  H      ACCRUED PST  0.00  H
VAC 45.00  H  OPD  0.00  D          OTH  0.00  D

Employee Address: 104 PLYMOUTH PLACE
MIDDLETOWN ,DE ,19709

**UNITED PARCEL SERVICE, INC.**
**55 GLENLAKE PARKWAY NE**
**ATLANTA , GA 30328**

1/1