UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    STEVEN L. JONES<br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 23-12497-MDC |

### TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.    Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.    The within case was commenced by the filing of a Chapter 13 petition on 08/22/2023.

3.    This Motion to Dismiss has been filed for the following reason(s):

- Debtor(s) has/have failed to appear at the meeting of creditors required by 11 U.S.C. Section 341(a).

    WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 01/09/2024                                      Respectfully submitted,

                                                                   */s/ Kenneth E. West, Esq.*
                                                                   Kenneth E. West, Esq.
                                                                   Standing Chapter 13 Trusteee
                                                                   P.O. Box 40837
                                                                   Philadelphia, PA  19107
                                                                   Telephone: (215) 627-1377