**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-12497-mdc |
|     Steven L. Jones, | Chapter 13 |
|               Debtor. | |

### Certificate of Service

    I certify that on this date I served a true and correct copy of the Debtor's Second Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

State of Delaware Division of Revenue
Kathleen Cruz–Morefield
PO Box 8763, MS #28
Wilmington, DE 19899


Date: March 18, 2024

*/s/ Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com